

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2020

No. 04-20-00387-CV

**IN THE INTEREST OF J.M.K., J.K.C., E.J.C., E.L.C., J.C., E.J.C., AND J.L.C., CHILDREN,**
Appellant

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01370
Honorable Richard Garcia, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id.*

The appellant's brief was originally due to be filed on September 8, 2020. Neither the brief nor a motion for extension of time to file the brief has been filed. It is therefore ORDERED that the appellant's brief must be filed **no later than fifteen days from the date of this order**. Given the time constraints governing the disposition of this appeal, requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court